UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| ROBERT L. LOSH and<br>LINDA S. LOSH,<br><br>    Plaintiffs,<br><br>v.<br><br>WYNDHAM VACATION<br>RESORTS, INC.,<br>WYNDHAM REWARDS, INC.,<br>TAMI McMAHAN,<br>JASON ROY SMITH,<br>ERIN MCKINLEY, and<br>JOHN DOES 1-100,<br><br>    Defendants. | No.: 3:20-CV-339-TAV-DCP |

## **ORDER**

This civil case is currently stayed pending mediation [Doc. 18]. Now before the Court is the Mediator's Report to the Court [Doc. 19], which indicates that the parties met to mediate this case, but mediation was terminated without settlement. Because the parties have attempted to mediate this case, but have been unsuccessful in reaching a settlement agreement, the Court finds that the stay in effect is no longer required. Accordingly, the Clerk of Court is **DIRECTED** to **LIFT** the stay in this matter.

IT IS SO ORDERED.

                                                s/ Thomas A. Varlan
                                                UNITED STATES DISTRICT JUDGE